In the Matter of RUSSELL T. BROOKS et al., Appellants, against WILLIAM O'DWYER, as Mayor of the City of New York, et al., Respondents.

Submitted October 21, 1948; decided November 24, 1948.

*Harold Baer, Jerome Weinstein* and *Nathaniel M. Gallin* for appellants.

*John P. McGrath, Corporation Counsel* (*Robert E. Hugh* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.